**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICK R. WALSH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:13-24844<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/18/2013 and confirmed on 01/10/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 38,632.26 |
| Less Refunds to Debtor | | 636.90 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 37,995.36 |
| | | | | |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 2,659.80 | | |
|   Trustee Fee | | 1,386.28 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 4,046.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2792 | | | | |
|   PNC BANK NA | 0.00 | 18,662.39 | 0.00 | 18,662.39 |
|     Acct: XXXXXXXXXX2/13 | | | | |
|   PNC BANK NA | 6,851.72 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX1/13 | | | | |
|   ALLY BANK SERVICED BY ALLY SERVICIN | 19,845.28 | 6,292.41 | 1,915.66 | 8,208.07 |
|     Acct: 4907 | | | | |
| | | | | 26,870.46 |
| **Priority** | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK R. WALSH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK R. WALSH | 424.60 | 424.60 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK R. WALSH | 212.30 | 212.30 | 0.00 | 0.00 |
|     Acct: | | | | |

| 13-24844 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| GARY W SHORT ESQ | | 4,000.00 | 2,438.55 | 0.00 | 0.00 |
| Acct: | | | | | |
| GARY W SHORT ESQ | | 1,559.60 | 221.25 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX4-15 | | | | | |
| NISSAN-INFINITY LT DIV NMAC | | 6,786.75 | 6,471.11 | 0.00 | 6,471.11 |
| Acct: 9271 | | | | | |
| SANTANDER CONSUMER USA** | | 0.00 | 607.71 | 0.00 | 607.71 |
| Acct: 1845 | | | | | |
| | | | | | 7,078.82 |
| Unsecured | | | | | |
| ALLIED ADJUSTORS | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 42N1 | | | | | |
| ALLIED ADJUSTORS | | 24.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX8870 | | | | | |
| CAPITAL ONE BANK NA** | | 591.85 | 0.00 | 0.00 | 0.00 |
| Acct: 8714 | | | | | |
| COLUMBIA GAS OF PA INC(*) | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | | |
| HERITAGE VALLEY HEALTH SYSTEM | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | | |
| KOHL'S | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | | |
| CAPITAL ONE NA** | | 275.08 | 0.00 | 0.00 | 0.00 |
| Acct: 4019 | | | | | |
| MERRICK BANK | | 1,391.66 | 0.00 | 0.00 | 0.00 |
| Acct: 3888 | | | | | |
| NISSAN MOTOR ACCEPTANCE CORP | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | | |
| PENN CREDIT CORP | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2513 | | | | | |
| PENN CREDIT CORP | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6582 | | | | | |
| ONE MAIN FINANCIAL | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2412 | | | | | |
| PENN CREDIT CORP | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3107 | | | | | |
| SPRINGLEAF FINANCIAL SVCS INC | | 1,564.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7507 | | | | | |
| CREDIT MANAGEMENT CO | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1411 | | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | | 67.29 | 0.00 | 0.00 | 0.00 |
| Acct: 7309 | | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | | 285.80 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | | |
| DUQUESNE LIGHT COMPANY(*) | | 250.31 | 0.00 | 0.00 | 0.00 |
| Acct: 6007 | | | | | |
| PETER J ASHCROFT ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| ANDREW F GORNALL ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                      33,949.28

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 6,786.75 |
| SECURED | 26,697.00 |
| UNSECURED | 4.450.62 |

Date: 08/09/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com